IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-0797-RM-BNB | Date:  July 22, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| FORTE SUPPLY, LLC<br>JEFFREY RESNICK<br>      **Plaintiff(s)** | *Robert A. Lees* |
| v. | |
| MOJO FROZEN YOGURT, LLC<br>THOURIA IBRAHIM<br>      **Defendant(s)** | *Melissa B. Paolella via telephone* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  9:19 a.m.

Appearance of counsel.  Plaintiff Jeffrey Resnick and Defendant Thouria Ibrahim present.

Discussion held on [30] Motion to Withdraw as Attorney.

**ORDERED:**   **[30] Motion to Withdraw as Attorney is GRANTED.**

**Substitute counsel to enter for Mojo Frozen Yogurt LLC, if at all, on or before August 5, 2013.**

Argument presented on [26] Motion for Preservation of Evidence.

**ORDERED:**   **[26] Motion for Preservation of Evidence is DENIED.**

**The Court will allow an inspection of the machines.  Inspection is to be conducted off site by a neutral expert witness, inspection may be observed by expert for the defense.**

**Request for inspection to be submitted no later than August 5, 2013.**

**Inspection to occur after August 5, 2013.**

Court in Recess:  10:05 a.m.   Hearing concluded.    Total time in Court:  00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119