IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00797-RM-BNB

FORTE SUPPLY, LLC, a Colorado limited liability company,
JEFF RESNICK, a resident of the State of Colorado, in his official capacity,

Plaintiffs,

v.

MOJO FROZEN YOGURT, LLC, a New Jersey limited liability company, and
THOURIA IBRAHIM, a resident of the State of New Jersey,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Joint Motion to Postpone Hearing on the Request to Inspect and Test Evidence Pursuant to Federal Rule of Civil Procedure 34 on August 21, 2013** [docket no. 44, filed August 16, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The hearing on the Motion to Inspect and Test Evidence [40] will be heard at the same time as the Scheduling Conference.  The hearing set for August 21, 2013, is **vacated and reset to September 23, 2013, at 3:00 p.m.**

DATED:  August 16, 2013