IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     13-cv-0797-RM-BNB | Date:  September 23, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| FORTE SUPPLY, LLC<br>JEFFREY RESNICK<br>    **Plaintiff(s)** | *Robert A. Lees*<br>*Jenna J. Sveen* |
| v. | |
| MOJO FROZEN YOGURT, LLC<br>THOURIA IBRAHIM<br>    **Defendant(s)** | *Victor M. Morales*<br>*Erik K. Schuessler* |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE/MOTIONS HEARING**

Court in Session:  3:05 p.m.

Appearance of counsel.

Rule 26(a)(1) disclosures: no issues for the court at this time.

Each side is allowed:
10 depositions not including experts, each deposition limited to one day of 7 hours.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings:  November 1, 2013.

Discovery cut-off:  March 31, 2014.

The dispositive motion deadline:  April 30, 2014.

Parties shall designate no more than five specially retained experts, with no more than one in any specific area of expertise.

Parties shall designate all experts no later than:  January 31, 2014.

Parties shall designate all rebuttal experts no later than:  February 28, 2014.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Final Pretrial Conference set for June 12, 2014 at 9:00 a.m., proposed Final Pretrial Order to be submitted on or before June 5, 2014.

Argument presented on [40] Request to Inspect and Test Evidence Pursuant to Federal Rule of Civil Procedure 34.

**ORDERED:** **[40] Request to Inspect and Test Evidence Pursuant to Federal Rule of Civil Procedure 34 is GRANTED.**

**Inspection is to occur no later than November 29, 2013.  Experts and parties from both sides may be present at the inspection.**

Discussion held on settlement.

**ORDERED:** **Plaintiff is to submit a settlement demand to defense counsel on or before September 25, 2013.  Defense is to respond to the demand on or before October 4, 2013.   Parties are to email settlement demands to chambers at Boland_Chambers@cod.uscourts.gov.**

**Telephone Status Conference, to be held off record on the issue of settlement, is set for October 10, 2013 at 9:00 a.m.  Mr. Lees is to initiate the phone call and is to contact chambers at 303-844-6408 once counsel for both sides are on the line.**

Court in Recess:  3:25 p.m.    Hearing concluded.    Total time in Court:  00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119