IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00797-RM-BNB

FORTE SUPPLY, LLC, a Colorado limited liability company,
JEFF RESNICK, a resident of the State of Colorado, in his official capacity,

Plaintiffs,

v.

MOJO FROZEN YOGURT, LLC, a New Jersey limited liability company, and
THOURIA IBRAHIM, a resident of the State of New Jersey,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Joint Status Report and Request to Vacate Pre-Trial Conference** [docket no. 72, filed June 3, 2014] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and the Pre-Trial Conference set for **June 12, 2014**, and all related deadlines are **VACATED**.

   IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **June 30, 2014**, or a status report addressing why dismissal has not been accomplished.

DATED:  June 3, 2014