**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00797-RM-NYW

FORTE SUPPLY, LLC, a Colorado limited liability company, and
JEFF RESNICK, a resident of the state of Colorado, in his official capacity,

      Plaintiffs,

v.

MOJO FROZEN YOGURT, LLC, a New Jersey limited liability company, and
ANTHONY CURTIS, as Executor of the Estate of THOURIA IBRAHIM,

      Defendants.

---

**ORDER**

---

Magistrate Judge Nina Y. Wang

      This matter comes before the court on the Status Report filed by Defendants Mojo Frozen Yogurt, LLC and Anthony Curtis as Executor of the Estate of Thouria Ibrahim (collectively, "Defendants") [#107, filed Dec. 31, 2015], which was referred to the undersigned Magistrate Judge pursuant to the Order of Reference dated May 23, 2015 [#18], the Reassignment dated February 9, 2015 [#94], and the Memorandum dated January 5, 2016 [#108].

      On December 11, 2015, Defendants filed a status report stating that all of Defendants' obligations under the parties' settlement agreement have been satisfied. [#105]. Defendants stated that they anticipated receiving a settlement payment from the Plaintiff within several days of the status report. [*Id.*]. Accordingly, Defendants stated that they anticipated filing a joint notice of dismissal with prejudice of all claims no later than December 31, 2015. [*Id.*]. On December 14, 2015, in light of the status report, the court entered a Minute Order instructing the parties to file appropriate dismissal papers on or before December 31, 2015. [#106]. On December 31, Defendants filed another status report, again stating that they have fulfilled their obligations under the settlement agreement. [#107]. Defendants further represent that they now anticipate receiving the settlement payment from Plaintiff before January 15, 2016 and filing appropriate dismissal papers by January 31, 2016. [*Id.*].

      The court construes the December 31, 2015 status report as a motion for an extension of time to file appropriate dismissal papers. Finding good cause for the motion, **IT IS ORDERED** that the motion for extension of time to file appropriate dismissal papers [#107] is **GRANTED**. The parties are ordered to file dismissal papers or another status report on or before January 31, 2016.

DATED:  January 5, 2016

BY THE COURT:

s/ Nina Y. Wang
Nina Y. Wang
United States Magistrate Judge