# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 13-cv-00797-RM-NYW

FORTE SUPPLY, LLC, a Colorado Limited Liability Company, and
JEFF RESNICK, a resident of the state of Colorado,

    Plaintiffs,

v.

MOJO FROZEN YOGURT, LLC, a New Jersey Limited Liability Company, and
ANTHONY CURTIS, Personal Representative of the Estate of Thouria Ibrahim,

    Defendants.

---

## ORDER TO ADMINISTRATIVELY CLOSE CASE
---

    This matter is before the Court on the parties' Joint Motion to Administratively Close Case (ECF No. 117), filed pursuant to D.C.COLOLCivR 41.2.  Upon consideration of the Joint Motion, the court file, and being otherwise fully advised, the Court finds sufficient basis to administratively close this case.  *See Patterson v. Santini*, No. 15-1147, 2015 WL 7003386, at *3 (10th Cir. Nov. 12, 2015) (unpublished).  It is therefore **ORDERED** that: (1) the Joint Motion to Administratively Close Case (ECF No. 117) is **GRANTED**; and (2) the Clerk of the Court shall close this civil action administratively subject to reopening for good cause.

    DATED this 14th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge